**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, | |
| PLAINTIFF, | |
| v. | CIVIL ACTION NO.:    18-2847 (DLB) |
| ROBERT WILKIE, IN HIS OFFICIAL CAPACITY AS SECRETARY OF VETERANS AFFAIRS, *ET AL.,* | |
| DEFENDANTS. | |

**MOTION FOR EXTENSION OF TIME TO RESPOND,**
**AND MEMORANDUM IN SUPPORT THEREOF**

Defendants Robert L. Wilkie, in his official capacity as Secretary of Veterans Affairs and the Department of Veterans Affairs, by and through undersigned counsel, respectfully request an extension of time up to and including March 1, 2019, to file Defendants' response to Plaintiff's complaint. In support of this motion, Defendant states the following:

On December 7, 2018, Plaintiff brought "this action to hold unlawful and set aside a determination by the U.S. Department of Veterans Affairs ("VA") purported issued ….[that] declared that, effective November 15, 2018, VA employees who are represented by [Plaintiff] and who occupy positions listed in 38 U.S.C. 7421(b) ("Title 38 employee") may not, under any circumstances, use "official time' to engage in or perform union representational activities." Complaint, ECF No. 1, at 1-2.  Defendants' response to the complaint is due on February 12, 2019. At the close of the day on December 21, 2018, the appropriations act providing for the funding of the Department of Justice ("DOJ") lapsed and undersigned counsel was furloughed until the

evening of January 25, 2019.  Upon her return to work, undersigned counsel resumed working diligently on this matter: however, she needs additional time to confer with agency counsel about the facts of this case, particularly in light of two related cases that were filed in this Court, including *National Federation of Federal Employees et al. v. Wilkie*, case no. 18-2778, which was filed on January 29, 2019.

Pursuant to Local Civil Rule 7 (m), Defendants conferred with Plaintiff, who does not object to this first request for an extension of this deadline.  Further, granting Defendants' motion will not affect any other deadlines in this action, as no other deadlines are currently set.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court grant this *Motion for Extension Of Time to Respond*.  A proposed Order consistent with this request is attached herewith.

Dated: February 7, 2019          Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VANHORN, D.C. Bar No. 924092
Chief, Civil Division

By: */s/ Denise M. Clark*
DENISE M. CLARK, D.C. Bar No. 479149
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-6621
Denise.Clark@usdoj.gov

COUNSEL FOR DEFENDANTS

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, | |
| PLAINTIFF, | |
| v. | CIVIL ACTION NO.:    18-2847 (DLB) |
| ROBERT WILKIE, IN HIS OFFICIAL CAPACITY AS SECRETARY OF VETERANS AFFAIRS, *ET AL.*, | |
| DEFENDANTS. | |

## [PROPOSED] ORDER

Upon consideration of the Defendants' *Motion for Extension of Time to Respond*, and the entire record herein, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

It is **FURTHER ORDERED** that the time for Defendants to respond to Plaintiff's Complaint is hereby extended up to and including **March 1, 2019**.

It is **SO ORDERED** this _____ day of _____, 2018.


_____
DABNEY L. FRIEDRICH
UNITED STATES DISTRICT COURT JUDGE